UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ST. ANDRE, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-2036-TLN-CKD (PS)<br><br><br><br>**ORDER** |

　　　　Plaintiff Raghvendra Singh ("Plaintiff") filed this action on July 22, 2025. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On September 15, 2025, the magistrate judge filed findings and recommendations which contained notice that any objections were to be filed within fourteen (14) days. (ECF No. 3.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 4.)

　　　　The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 15, 2025, (ECF No. 3), are ADOPTED in full;
2. This action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e); and
3. The Clerk of the Court is directed to CLOSE this case.

Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE